UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **LETHA LAVERN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ANGMAR MEDICAL HOLDINGS, INC., d/b/a ANGMAR MANAGEMENT SERVICES**,<br><br>Defendant. | Case No. 4:26-cv-00996 |
| **TONYA BAUER**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ANGMAR MEDICAL HOLDINGS, INC. d/b/a ANGMAR MANAGEMENT SERVICES**,<br><br>Defendant. | Case No. 4:26-cv-00997 |
| **STEPHANIE KINGSBORO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ANGMAR MEDICAL HOLDINGS, INC. d/b/a ANGMAR MANAGEMENT SERVICES**,<br><br>Defendant. | Case No. 4:26-cv-01029 |

**MOTION TO CONSOLIDATE RELATED ACTIONS**
**AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Plaintiffs Letha Lavern, Tonya Bauer, and Stephanie Kingsboro (collectively "Plaintiffs") move under Federal Rule of Civil Procedure 42(a) to consolidate for all purposes the four Related Actions (collectively, the "Related Actions")[1] that are currently pending in the Northern District of Texas into the *Lavern* Action, which is the first-filed action.

Plaintiffs also move to appoint Raina C. Borrelli of Strauss Borrelli PLLC and Gerald D. Wells, III of Lynch Carpenter, LLP as Interim Co-Lead Class Counsel and Emil Lippe, Jr. of Lippe & Associates as Interim Liaison Counsel under Federal Rule of Civil Procedure 23(g).

As discussed in Plaintiffs' accompanying memorandum of law, consolidation is appropriate because the requirements of Federal Rule of Civil Procedure 42(a) are readily met. Consolidation will streamline the litigation and save both party and judicial resources. Furthermore, appointment of Interim Co-Lead Class Counsel is also appropriate because these counsel are extremely well qualified to represent and protect the interests of the proposed class under each of the factors enumerated in Federal Rule of Civil Procedure 23(g). As discussed in the accompanying memorandum of law, the proposed leadership structure is comprised of seasoned privacy and data breach lawyers who have extensive experience litigating similar cases.

Thus, the Court should enter the proposed order consolidating the Related Actions and appointing Raina C. Borrelli of Strauss Borrelli PLLC and Gerald D. Wells, III of Lynch Carpenter,

[1] (1) *Letha Lavern v. AngMar Medical Holdings, Inc., d/b/a AngMar Management Services*, Case No. 4:26-cv-00996 (N.D. Tex.); (2) *Tonya Bauer v. AngMar Medical Holdings, Inc., d/b/a AngMar Management Services*, Case No. 4:26-cv-00997 (N.D. Tex.); (3) *Stephanie Kingsboro v. AngMar Medical Holdings, Inc., d/b/a AngMar Management Services*, Case No. 4:26-cv-01029 (N.D. Tex.).

LLP as Interim Co-Lead Class Counsel and Emil Lippe, Jr. of Lippe & Associates as Interim Liaison Counsel.

Dated: August 27, 2026

Respectfully submitted,

By: */s/ Emil Lippe, Jr.*

Emil Lippe, Jr. (SBN 12398300)
Park Place at Turtle Creek
2911 Turtle Creek Blvd., Suite 1250
Dallas, TX 75219
T: 214-855-1850
F: 214-720-6075
emil@texaslaw.com

Gerald D. Wells, III*
1760 Market Street, Suite 600
Philadelphia, PA 19103
T: 267-609-6910
F: 267-609-6955
jerry@lcllp.com

*Attorneys for Plaintiff Lavern*

Emil Lippe, Jr. (SBN 12398300)
Park Place at Turtle Creek
2911 Turtle Creek Blvd., Suite 1250
Dallas, TX 75219
T: 214-855-1850
F: 214-720-6075
emil@texaslaw.com

Camile Alvarez
Raina C. Borrelli*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
calvarez@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff Bauer*

Leanna A. Loginov
SHAMIS & GENTILE, P.A.
2626 Cole Avenue, Suite 300
Dallas, TX 75204
Tel: (305) 479-2299
E: lloginov@shamisgentile.com

John J. Nelson (pro hac vice forthcoming)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: (858) 209-6941
E: jnelson@milberg.com

*Attorneys for Plaintiff Kingsboro*

**Pro Hac Vice forthcoming*

**CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(b), I certify that Proposed Interim Co-Lead Class Counsel conferred with plaintiffs' counsel in all of the Related Actions, and that all plaintiffs support the Motion. I further certify that Proposed Interim Co-Lead Class Counsel conferred with defendant's counsel, and that defendant does not oppose consolidation and takes no position on leadership.

Dated: August 27, 2026

By: */s/ Emil Lippe, Jr.*
Emil Lippe, Jr.

## CERTIFICATE OF SERVICE

I, Emil Lippe, Jr., hereby certify that on August 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 27th day of August, 2026.

By: */s/ Emil Lippe, Jr.*
Emil Lippe, Jr.