**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **LETHA LAVERN**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**ANGMAR MEDICAL HOLDINGS, INC., d/b/a ANGMAR MANAGEMENT SERVICES**,<br><br>*Defendant.* | Case No. 4:26-cv-00996 |

**STIPULATION OF STAY OF PLEADINGS PENDING CONSOLIDATION AND STIPULATED BRIEFING SCHEDULE**

Plaintiff Letha Lavern ("Plaintiff") and Defendant AngMar Medical Holdings, Inc., d/b/a AngMar Management Services ("AngMar"), (collectively the "Parties) stipulate and agree to a stay of pleadings in this matter pending consolidation and propose a stipulated briefing schedule. In support of this Stipulation, the Parties state as follows:

1. Plaintiff, Letha Lavern, filed her Class Action Complaint on August 13, 2026, asserting causes of action against Defendant on behalf of herself and a putative nationwide class purportedly arising from a data security incident that occurred on or around August 11, 2026.

2. A second Class Action Complaint, captioned as *Tonya Bauer v. AngMar Medical Holdings, Inc., d/b/a AngMar Management Services, Case No. 4:26-cv-00997 (N.D. Tex.)*, arising from the same operative facts was also filed in the United States District Court for the Northern District of Texas on August 13, 2026.

3. A third Class Action Complaint, captioned as *Stephanie Kingsboro v. AngMar Medical Holdings, Inc., d/b/a AngMar Management Services, Case No. 4:26-cv-01029 (N.D. Tex.)*, arising from the same operative facts was subsequently filed in the United States District Court for the Northern District of Texas on August 19, 2026.

4. Shortly thereafter, the Parties met and conferred regarding consolidation of the three matters under the *Lavern* action.

5. The Parties agreed to the filing of an unopposed Motion to Consolidate and Appoint Interim Co-Lead Counsel to include a proposed stay of pleadings pending consolidation and the filing of a Consolidated Class Action Complaint.

6. The Parties agreed that Plaintiff would not seek any entry of default pending consolidation.

7. The Motion to Consolidate and Appoint Interim Co-Lead Counsel was filed thereafter on August 27, 2026 and is currently pending.

8. The Parties have agreed to stay the pleadings in this matter pending consolidation and jointly submit the following stipulated schedule with respect to the pleadings:

a. Plaintiffs shall file a Consolidated Complaint no later than thirty (30) days after consolidation;

b. Defendant shall file a responsive pleading within thirty (30) days of the filing of the Consolidated Complaint;

c. If Defendant's response is in the form of a Motion, Plaintiffs shall file any response said motion within thirty (30) days;

d. Defendant shall file any reply to Plaintiff's response within twenty-one (21) days.

9. As this Honorable Court is aware, pursuant to Federal Rule of Civil Procedure 42(a), the "court may (1) join for hearing or trial any or all matters at issue in the actions; (2)

consolidate the actions; or (3) issue any orders to avoid unnecessary cost or delay" when actions involve a common question of law or fact. Fed. R. Civ. P. 42.

10. The Parties submit that the foregoing stay of pleadings pending consolidation and stipulated schedule for pleadings in this matter is in the interest of the Parties and judicial economy, as all related matters should be litigated together so as to ensure a fair and consistent outcome.

11. The Parties represent that this request is not made for purposes of delay or prejudice and good cause exists for granting the relief sought herein.

**IT IS HEREBY STIPULATED** and **AGREED** that, in light of the foregoing, the Parties in the instant matter hereby stipulate to a stay of pleadings pending consolidation and propose the foregoing stipulated briefing schedule.

Respectfully submitted,

By: */ s / Tyrone L. Haynes*

Tyrone L. Haynes
State Bar No.: 24076430
McDOWELL HETHERINGTON LLP
1001 Fannin St., Suite 2400
Houston, Texas 77002
Phone: (713) 337-5580
Fax: (713) 337-8850
Email: Tyrone.Haynes@mhllp.com

-and-

*/s/ Janie Rios*

Janie Rios
State Bar No.: 24126600
McDOWELL HETHERINGTON LLP
1000 Ballpark Way, Suite 209
Arlington, Texas 76011
Phone: (817) 635-7300
Fax: (817) 635-7308
Emai: Janie.Rios@mhllp.com

-and-

Lynne O. Ingram*
Kristin N. Ganderton*
KLA LEGAL LLP
325 Sentry PKWY Building 5 West, Ste 200
Blue Bell, PA 19422
Phone: (610) 472-0240
Email: Lynne.Ingram@klalegal.com
Email: Kristin.Ganderton@klalegal.com

*Attorneys for Defendant*

-and-

*<u>/s/ Emil Lippe, Jr.</u>*
Emil Lippe, Jr. (SBN 12398300)
Park Place at Turtle Creek
2911 Turtle Creek Blvd., Suite 1250
Dallas, TX 75219
T: (214)-855-1850
F: (214)-720-6075
Email: emil@texaslaw.com

Gerald D. Wells, III*
1760 Market Street, Suite 600
Philadelphia, PA 19103
Phone: (267)-609-6910
Fax: (267)-609-6955
Email: jerry@lcllp.com

*Attorneys for Plaintiff Lavern*

-and-

Emil Lippe, Jr. (SBN 12398300)
Park Place at Turtle Creek
2911 Turtle Creek Blvd., Suite 1250
Dallas, TX 75219
Phone: (214)-855-1850
Fax: (214)-720-6075
Email: emil@texaslaw.com

Camile Alvarez
Raina C. Borrelli*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610

Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
Email: calvarez@straussborrelli.com
Email: raina@straussborrelli.com

*Attorneys for Plaintiff Bauer*

-and-

*/s/ Leanna A. Loginov*
Leanna A. Loginov
2626 Cole Avenue, Suite 300
Dallas, Texas 75204
Phone: (305) 479-2299
Email: lloginov@shamisgentile.com

-and-

John J. Nelson*
MILBERG, PLLC
280 s. Beverly Drive, Penthouse
Beverly Hills, California 90212
Phone: (858) 209-6941
Email: jnelson@milberg.com

*Attorneys for Plaintiff Kingsboro*

**** Pro Hac Vice forthcoming***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 3rd day of September, 2026:

*/s/ Tyrone L. Haynes*
TYRONE L. HAYNES