UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LETHA LAVERN,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**,**

Plaintiff,

v. **No. 4:26-cv-00996-P**

**ANGMAR MEDICAL HOLDINGS, INC., D/B/A ANGMAR MANAGEMENT SERVICES,**

Defendant.

**ORDER**

Before the Court is a Motion to Consolidate Related Actions and Appoint Interim Co-Lead Class Counsel. ECF No. 6. Plaintiffs' move under Federal Rule of Civil Procedure 42(a) to consolidate for all purposes three related actions currently pending in the Northern District of Texas because they are against the same defendant, stem from the same data breach, assert similar and/or overlapping claims. They are (1) Case No. 4:26-cv-00996; (2) Case No. 4:26-cv-00997; (3) Case No. 4:26-cv-01029.

The Court finds that the three actions involve common questions of law and fact and that the interests of justice and judicial economy will be served by consolidating these three civil actions into one lawsuit. *See* Fed. R. Civ. P. 42(a)(2). The Motion is therefore **GRANTED**.

Accordingly, The Court hereby consolidates (1) *Letha Lavern v. AngMar Medical Holdings, Inc., d/b/a AngMar Management Services*, Case No. 4:26-cv-00996 (N.D. Tex.), (2) *Tonya Bauer v. AngMar Medical Holdings, Inc., d/b/a AngMar Management Services*, Case No. 4:26-cv-00997 (N.D. Tex.), and (3) *Stephanie Kingsboro v. AngMar Medical Holdings, Inc., d/b/a AngMar*

*Management Services*, Case No. 4:26-cv-01029 (N.D. Tex.) as well as any future related actions, under the docket number of the first-filed *Lavern* Action (Case No. 4:26-cv-00996) (collectively "Consolidated Action"). The Court orders this clerk of court to take the following action:

1. Docket a copy of this order Case No. 4:26-cv-00997 and Case No. 4:26-cv-01029.
2. Administratively close Case No. 4:26-cv-00997 and Case No. 4:26-cv-01029.

The case file for the Consolidated Action will be maintained under Master File No. 4:26-cv-00996 under the new case style: "*In re AngMar Medical Holdings, Inc., d/b/a AngMar Management Services Data Breach Litigation*." Any future pleadings relating to Plaintiffs' claims must be filed in Case No. 4:26-cv-00996.

When a pleading is intended to apply to all Actions to which this Order applies, the words "ALL ACTIONS" shall appear immediately after the words "This Document Relates To:" in the caption. When a pleading is not intended to apply to all Actions, the docket number for each individual Action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words: "This Document Relates To:" in the caption (e.g., "4:26-cv-00996 ("*Lavern*")").

Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged facts as the Consolidated Action shall be consolidated with the Consolidated Action. The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints Raina C. Borrelli of Strauss Borrelli PLLC and Gerald D. Wells, III of Lynch Carpenter, LLP as Interim Co-Lead Class Counsel and Emil Lippe, Jr. of Lippe & Associates as Interim Liaison Counsel to act on behalf of the Plaintiffs.

Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, email, or other expeditious electronic means on counsel for Plaintiffs in any related action to the extent that Interim Co-Lead Class Counsel are aware of any such action(s) and on all attorneys for Plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

Plaintiffs shall file a Consolidated Complaint within 45 days of this Order.

**SO ORDERED** on this **4th day of September 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE